**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| GO NEW YORK TOURS, INC., a New York corporation, d/b/a"TEA AROUND TOWN"; TEA AROUND TOWN LAS VEGAS INC, a Nevada corporation; and KOST, INC., a New York corporation; | Case 2:25-cv-00279-RFB-EJY |
| Plaintiffs, | FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT |
| *v.* |  |
| TEA ON THE STRIP, LLC, a Nevada limited liability company; YOLANDA DRAI, an individual; DUSTIN DRAI, an individual; VICTOR DRAI an individual; DRAI'S MANAGEMENT GROUP, LLC, a Nevada limited liability company; |  |
| Defendants. |  |

**FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT**

This matter having come before the Court on the joint request of the parties for entry of this Final Judgment and Permanent Injunction on Consent (this "Final Judgment"); and

It appearing that plaintiffs Go New York Tours, Inc., Tea Around Town Las Vegas, Inc., and Kost, Inc. (collectively, "Go New York Tours") filed their Complaint in this action on February 11th, 2025, and that defendants Tea on the Strip, LLC, Yolanda Drai, Dustin Drai, Victor Drai, and Drai's Management Group, LLC (collectively, "Tea on the Strip") was served with the Complaint and, through counsel, appeared on February 26, 2025; and

It further appearing that the parties have agreed to settle and resolve this matter without any further formal proceedings herein, and, as indicated by the signatures below, have consented to the entry of this Final Judgment in connection with such resolution of this action; and

The Court finding good cause therefor;

NOW, THEREFORE, by stipulation and agreement of the parties, and with the express consent of counsel for plaintiffs and counsel for defendant, as indicated below, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and has jurisdiction over Tea on the Strip.  Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

2.      Go New York Tours's Complaint states causes of action against defendant Tea on the Strip for false advertising and unfair competition in violation of section 43(a) of the Lanham Act, 15 U.S.C. §§ 1125(a), common law unfair competition, and Nevada Deceptive Trade Practices Act, Nev. Rev. Stat. §§ 41.600 and 598.0915, et. seq.

3.      Go New York Tours has adopted and used, and has valid and enforceable rights in and to, the trademark TEA AROUND TOWN and related trade  dress (the "Go New York Tours Marks") for booking of tickets for bus travel; Providing transport for guided tours; Providing transport for sightseeing tours; Providing transport for sightseeing tours by bus; Transport services for sightseeing tours.

4.      The federal trademark registration of plaintiff Kost, Inc., at USPTO Registration No. 7450745 for the mark TEA AROUND TOWN is valid, subsisting, and enforceable:

2

5.     Tea on the Strip, LLC, their officers, directors, shareholders, owners, servants, and employees, and all those in active concert or participation with them, are hereby PERMANENTLY ENJOINED from:

> a. using the phrase "Tea on the Strip"and are ordered not to use that phrase as a keyword on their current website and to deactivate any social media tags using the phrase "Tea on the Strip" that redirect a user to their current social media profiles;
>
> b. using the exterior and interior bus design as it was presented to the Court in the record and at the hearing dated April 17, 2025;
>
> c. otherwise using any trademarks or trade dress that are likely to cause confusion with the Go New York Tours Marks as addressed by and consistent with the Court's Order dated June 4, 2025 (Dkt. 45).

6.     The parties having agreed to a confidential settlement agreement that resolves Go New York Tours's claims.  No monetary award is included in this Final Judgment.

7.     Judgment is hereby entered in favor of Go New York Tours as set forth above.  All claims asserted in this action are otherwise dismissed with prejudice, with the parties to pay their own attorneys' fees and costs, except that this Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement, this Final Judgment, and as otherwise provided herein.

8.     This Final Judgment shall be deemed to have been served on Tea on the Strip, their officers, directors, shareholders, owners, agents, servants, employees, and attorneys, and all those in active concert or participation with them as of the date of entry hereof by the Court.

Based on the foregoing, the Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** April 5, 2026.

---

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

CONSENTED TO:

---

**GILE LAW GROUP, LTD.**

Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 703-7288

**BARTON LLP**
Maurice N. Ross, Esq. (*pro hac vice*)
mross@bartonesq.com
Tara Aaron-Stelluto, Esq. (*pro hac vice*)
tstelluto@bartonesq.com
711 Third Avenue, 14th Floor
New York, NY 10017
(212) 687-6262

*Attorneys for GO NEW YORK TOURS*

---

**HOLLAND & HART LLP**

Joseph G. Went (9220)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630
jgwent@hollandhart.com

Timothy P. Getzoff (*pro hac vice*)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: 303-473-2700
tgetzoff@hollandhart.com

*Attorneys for TEA ON THE STRIP*